# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-35912 |
| | § | |
| JASALUK, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Janet S. Northrup, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $185,274.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $110,647.08 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $45,458.42 | | |

3)      Total gross receipts of $156,105.50  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $156,105.50 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $13,241.63 | $21,767.87 | $12,426.69 | $21,767.87 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $45,458.42 | $45,458.42 | $45,458.42 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $71,454.90 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,945,348.81 | $1,539,034.81 | $1,539,034.81 | $88,879.21 |
| **Total Disbursements** | $2,030,045.34 | $1,606,261.10 | $1,596,919.92 | $156,105.50 |

4). This case was originally filed under chapter 7 on 11/30/2016. The case was pending for 37 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>12/04/2019</u>                By:  <u>/s/ Janet S. Northrup</u>
                                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts receivable Over 90 days old | 1121-000 | $23,523.50 |
| DEP REVERSE: United States Treasury | 1129-000 | ($1,111,169.59) |
| Inventory and Supplies | 1129-000 | $58,697.00 |
| Leco Grrinder, shelving wood | 1129-000 | $11,500.00 |
| Shrink Wrapping Machine | 1129-000 | $3,000.00 |
| Testing Equipment, Trade Booth | 1129-000 | $510.00 |
| Threading Equipment - 2 machines | 1129-000 | $52,000.00 |
| Truck, Car | 1129-000 | $6,875.00 |
| United States Treasury | 1129-000 | $1,111,169.59 |
| **TOTAL GROSS RECEIPTS** | | $156,105.50 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Harris County, et al | 4700-070 | $0.00 | $9,341.18 | $0.00 | $9,341.18 |
| 5 | Spring Creek Forest Utility District | 4210-000 | $0.00 | $5,020.69 | $5,020.69 | $5,020.69 |
| 6 | Klein Independent School District | 4210-000 | $0.00 | $7,406.00 | $7,406.00 | $7,406.00 |
| | Pay Chex | 4110-000 | $13,241.63 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $13,241.63 | $21,767.87 | $12,426.69 | $21,767.87 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Janet S. Northrup, Trustee | 2100-000 | NA | $11,055.28 | $11,055.28 | $11,055.28 |
| Janet S. Northrup, Trustee | 2200-000 | NA | $702.52 | $702.52 | $702.52 |
| Janet S. Northrup, Trustee, Trustee | 2200-000 | NA | $1,530.34 | $1,530.34 | $1,530.34 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| International Sureties, LTD. | 2300-000 | NA | $66.63 | $66.63 | $66.63 |
| Independent Bank | 2600-000 | NA | $152.73 | $152.73 | $152.73 |
| Integrity Bank | 2600-000 | NA | $2,086.40 | $2,086.40 | $2,086.40 |
| Hughes Watters Askanase, Attorney for Trustee | 3110-000 | NA | $9,835.50 | $9,835.50 | $9,835.50 |
| Hughes Watters Askanase, Attorney for Trustee | 3120-000 | NA | $141.71 | $141.71 | $141.71 |
| Danny Lawler Enterprises (Auctioneer Fee), Auctioneer for Trustee | 3610-000 | NA | $19,887.31 | $19,887.31 | $19,887.31 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $45,458.42 | $45,458.42 | $45,458.42 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kevin Kulasa | 5800-000 | $71,454.90 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $71,454.90 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | CACH, LLC | 7100-000 | $36,537.42 | $36,537.42 | $36,537.42 | $0.00 |
| 3 | Eastern Trading | 7100-000 | $109,656.73 | $124,747.06 | $124,747.06 | $7,214.04 |
| 4 | Trustmark National Bank | 7100-000 | $1,453,510.76 | $1,369,530.85 | $1,369,530.85 | $79,199.09 |
| 7 | Smurfit Kappa | 7100-000 | $4,422.54 | $6,106.54 | $6,106.54 | $353.14 |
| | Clerk, U.S. Bankruptcy Court | 7100-000 | $0.00 | $2,112.94 | $2,112.94 | $2,112.94 |
| | ABS Quality Evaluations | 7100-000 | $2,259.90 | $0.00 | $0.00 | $0.00 |
| | Access American Transport | 7100-000 | $3,060.00 | $0.00 | $0.00 | $0.00 |
| | Ameribolt | 7100-000 | $11,356.80 | $0.00 | $0.00 | $0.00 |
| | Anthony Services | 7100-000 | $401.00 | $0.00 | $0.00 | $0.00 |
| | ATCO Media | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| | Capital Steel & Wire | 7100-000 | $8,813.48 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Choice Fasteners | 7100-000 | $12,440.43 | $0.00 | $0.00 | $0.00 |
| CW Rod Tool | 7100-000 | $852.93 | $0.00 | $0.00 | $0.00 |
| Express Bolt & Gasket | 7100-000 | $9,359.28 | $0.00 | $0.00 | $0.00 |
| Fluid Sealing Products | 7100-000 | $255.28 | $0.00 | $0.00 | $0.00 |
| Global Fusion | 7100-000 | $6,600.00 | $0.00 | $0.00 | $0.00 |
| Hamanaka Thailand Co., Ltd. | 7100-000 | $133,078.49 | $0.00 | $0.00 | $0.00 |
| Highland Threads | 7100-000 | $7,075.68 | $0.00 | $0.00 | $0.00 |
| Linus Products | 7100-000 | $6,629.26 | $0.00 | $0.00 | $0.00 |
| Ningbo Zhenghai Yongding Fastener Co. | 7100-000 | $50,293.02 | $0.00 | $0.00 | $0.00 |
| Rafael Albarran | 7100-000 | $8,000.00 | $0.00 | $0.00 | $0.00 |
| Regal Machine Tool | 7100-000 | $1,263.00 | $0.00 | $0.00 | $0.00 |
| Sprint | 7100-000 | $152.48 | $0.00 | $0.00 | $0.00 |
| Stargel Office Solutions | 7100-000 | $282.91 | $0.00 | $0.00 | $0.00 |
| Tejas Testing & Inspection | 7100-000 | $540.00 | $0.00 | $0.00 | $0.00 |
| Uline | 7100-000 | $811.33 | $0.00 | $0.00 | $0.00 |
| VanTechDirect | 7100-000 | $911.81 | $0.00 | $0.00 | $0.00 |
| Winborne Services | 7100-000 | $377.88 | $0.00 | $0.00 | $0.00 |
| Zhejiang Heiter Mfg & Trade Co | 7100-000 | $75,906.40 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $1,945,348.81 | $1,539,034.81 | $1,539,034.81 | $88,879.21 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1          Exhibit 8

| | |
|---|---|
| **Case No.:** 16-35912-H2 | **Trustee Name:** Janet S. Northrup |
| **Case Name:** JASALUK, LLC | **Date Filed (f) or Converted (c):** 11/30/2016 (f) |
| **For the Period Ending:** 12/4/2019 | **§341(a) Meeting Date:** 01/12/2017 |
| | **Claims Bar Date:** 05/30/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Accounts receivable Over 90 days old | $34,224.83 | $23,523.50 | | $23,523.50 | FA |
| **Asset Notes:** | Will abandon the remaining balance of the outstanding accounts as "uncollectible".   It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the remaining balance as the receivables are "aged" and uncollectible.   The creditors of the Estate would not benefit from any liquidation by the Trustee.   Therefore, the remaining balance is burdensome to the Estate and deemed abandoned by the Trustee. | | | | | |
| 2 | Accounts receivable 90 days old or less | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Will abandon pursuant to 554(c) as burdensome to the Estate since the value of the asset on the date of filing was $0.00. | | | | | |
| 3 | Inventory and Supplies | $1,600,000.00 | $58,697.00 | | $58,697.00 | FA |
| **Asset Notes:** | 05/25/17; #24; Order Approving the Trustee's Motion to Sell Estate Assets free and Clear of all Liens, Claims, Encumbrances and Interests | | | | | |
| 4 | Office Furniture Computer, Files | $6,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Will abandon pursuant to 554(c) as burdensome to the Estate.  It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the Estate's interest in this asset.  It is likely the furniture is used and over valued.  The time and expense that the Trustee would incur to liquidate the Estate's interest in the asset, would exceed the value of the asset.  The creditors of the Estate would not benefit from any liquidation by the Trustee.  Therefore, this asset is burdensome to the Estate and deemed abandoned by the Trustee. | | | | | |
| 5 | Trailer | $5,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Will abandon pursuant to 554(c) as burdensome to the Estate.  It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the Estate's interest in this asset.  The time and expense that the Trustee would incur to liquidate the Estate's interest, would exceed the value of the asset.  The creditors of the Estate would not benefit from any liquidation by the Trustee.  Therefore, this asset is burdensome to the Estate and deemed abandoned by the Trustee. | | | | | |
| 6 | Truck, Car | $10,000.00 | $6,875.00 | | $6,875.00 | FA |
| **Asset Notes:** | 05/25/17; #24; Order Approving the Trustee's Motion to Sell Estate Assets free and Clear of all Liens, Claims, Encumbrances and Interests | | | | | |
| 7 | Storage Containers | $7,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Will abandon pursuant to 554(c) as burdensome to the Estate.  It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the Estate's interest in this asset due to its minimal value.  The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | |
| 8 | Tow Motor, Copier | $30,000.00 | $30,000.00 | | $0.00 | FA |
| **Asset Notes:** | Will abandon pursuant to 554(c) as burdensome to the Estate.  It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the Estate's interest in this asset due to its minimal value.  The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | |
| 9 | Shrink Wrapping Machine | $10,000.00 | $3,000.00 | | $3,000.00 | FA |
| **Asset Notes:** | 05/25/17; #24; Order Approving the Trustee's Motion to Sell Estate Assets free and Clear of all Liens, Claims, Encumbrances and Interests | | | | | |
| 10 | Racking, Ramp | $81,800.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Will abandon pursuant to 554(c) as burdensome to the Estate.  It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the Estate's interest in this asset due to its minimal value.  The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | |
| 11 | Phone Systems, Carts | $6,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Will abandon pursuant to 554(c) as burdensome to the Estate.  It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the Estate's interest in this asset due to | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:    2          Exhibit 8

| Case No.: | 16-35912-H2 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | JASALUK, LLC | Date Filed (f) or Converted (c): | 11/30/2016 (f) |
| For the Period Ending: | 12/4/2019 | §341(a) Meeting Date: | 01/12/2017 |
| | | Claims Bar Date: | 05/30/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| | its minimal value.  The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | |
| **Ref. #** | | | | | | |
| 12 | Leco Grrinder, shelving wood | $15,025.00 | $11,500.00 | | $11,500.00 | FA |
| **Asset Notes:** | 05/25/17; #24; Order Approving the Trustee's Motion to Sell Estate Assets free and Clear of all Liens, Claims, Encumbrances and Interests | | | | | |
| 13 | Threading Equipment - 2 machines | $299,066.00 | $52,000.00 | | $52,000.00 | FA |
| **Asset Notes:** | 05/25/17; #24; Order Approving the Trustee's Motion to Sell Estate Assets free and Clear of all Liens, Claims, Encumbrances and Interests | | | | | |
| 14 | Testing Equipment, Trade Booth | $114,996.00 | $510.00 | | $510.00 | FA |
| **Asset Notes:** | 05/25/17; #24; Order Approving the Trustee's Motion to Sell Estate Assets free and Clear of all Liens, Claims, Encumbrances and Interests | | | | | |
| 15 | Cardboard Storage, Air Compressor, shelf | $48,974.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Will abandon pursuant to 554(c) as burdensome to the Estate. | | | | | |

|  |  |  |  |  | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | |
| | $2,268,585.83 | $186,105.50 | | $156,105.50 | $0.00 |

---

**Major Activities affecting case closing:**

| 01/30/2019 | READY FOR TFR |
|---|---|
| 12/19/2018 | Claims reviewed all ok will pay  both property taxes as secured- prorated to all others, |
| 08/27/2018 | WE will be paying 2 secured claims for property taxes. Klein and  Spring Creek in full |
| 01/24/2018 | Spring Creek Forest will be paid as a secured claim from funds in that CC account. |
| 08/18/2017 | Received Payments from American Anchor Bolt $ 350.00, Bulldog Services LLP $ 1,803.60, Fastener Solutions Inc. $124.00, T&T Enterprises $ 53.35, and Partial Payment from Champion Bolt Inc. $ 50.50 |
| 07/11/2017 | Received Response from Champion Bold ( Nedcorps Invoice) w check enclosed for amount $50.50 (06.28.17) |
| 06/14/2017 | Reviewed claims All unsecured other than Harris County, Rhonda to follow up with HC for amendments. |
| 04/25/2017 | 4/25/17- Status- Pending auction to be conducted on 5/30/2017. |
| 04/25/2017 | 4/25/17- Status- Pending auction to be conducted on 5/30/2017. |
| 02/21/2017 | noticed as asset case, deadline is 5/30/17 |

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2018 | **Current Projected Date Of Final Report (TFR):** | 03/31/2019 | /s/ JANET S. NORTHRUP |
|---|---|---|---|---|
| | | | | JANET S. NORTHRUP |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-35912-H2 | | Trustee Name: | Janet S. Northrup |
| Case Name: | JASALUK, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8684 | | Checking Acct #: | ******5912 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/30/2016 | | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 12/4/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|---|
| 01/30/2017 | | United States Treasury | Entry made into incorrect matter | | 1129-000 | $1,111,169.59 | | $1,111,169.59 |
| 01/31/2017 | | DEP REVERSE: United States Treasury | Entry made into incorrect matter | | 1129-000 | ($1,111,169.59) | | $0.00 |
| 06/07/2017 | | Danny Lawler Enterprises | 05/25/17; #24 | | * | $112,694.69 | | $112,694.69 |
| | {3} | | | $58,697.00 | 1129-000 | | | $112,694.69 |
| | | | Danny Lawler Enterprises (Auctioneer Fee) | $(19,887.31) | 3610-000 | | | $112,694.69 |
| | {6} | | | $6,875.00 | 1129-000 | | | $112,694.69 |
| | {9} | | | $3,000.00 | 1129-000 | | | $112,694.69 |
| | {12} | | | $11,500.00 | 1129-000 | | | $112,694.69 |
| | {13} | | | $52,000.00 | 1129-000 | | | $112,694.69 |
| | {14} | | | $510.00 | 1129-000 | | | $112,694.69 |
| 06/13/2017 | 1001 | Harris County, et al | 05/25/17; #24 | | 4700-070 | | $9,341.18 | $103,353.51 |
| 06/23/2017 | (1) | Highland Threads, Inc. | Proceeds; A/R (1/24) | | 1121-000 | $1,182.95 | | $104,536.46 |
| 06/26/2017 | (1) | Fastner Solutions | Proceeds; A/R | | 1121-000 | $124.00 | | $104,660.46 |
| 06/26/2017 | | Transfer From: #*******5912 | Per JSN 6/21/17 email. | | 9999-000 | $1,798.50 | | $106,458.96 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $109.16 | $106,349.80 |
| 07/07/2017 | (1) | Champion Bolt, Inc. | Proceeds; A/R | | 1121-000 | $50.50 | | $106,400.30 |
| 07/27/2017 | (1) | American Anchor Bolt MFG., LP | Proceeds; A/R | | 1121-000 | $350.00 | | $106,750.30 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $158.05 | $106,592.25 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $158.34 | $106,433.91 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $153.01 | $106,280.90 |
| 10/06/2017 | 1002 | International Sureties, LTD. | Chapter 7 Blanket Bond | | 2300-000 | | $32.18 | $106,248.72 |
| 10/24/2017 | | Transfer To: #*******5912 | Funds pertaining to Secured Claim #5 Spring Creek Forest Utility District | | 9999-000 | | $5,020.69 | $101,228.03 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $155.92 | $101,072.11 |
| 11/20/2017 | (1) | Highland Threads, Inc. | Proceeds; A/R (6/24) | | 1121-000 | $5,914.75 | | $106,986.86 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $148.14 | $106,838.72 |
| 12/27/2017 | (1) | Highland Threads, Inc. | Proceeds; A/R (7/24) | | 1121-000 | $1,182.95 | | $108,021.67 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $158.88 | $107,862.79 |
| | | | | | **SUBTOTALS** | $123,298.34 | $15,435.55 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-35912-H2 | | Trustee Name: | Janet S. Northrup |
| Case Name: | JASALUK, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8684 | | Checking Acct #: | ******5912 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/30/2016 | | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 12/4/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $160.23 | $107,702.56 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $144.51 | $107,558.05 |
| 03/01/2018 | 1003 | Hughes Watters Askanase | 02/28/18; #32 | * | | $9,977.21 | $97,580.84 |
| | | | Hughes Watters Askanase        $(9,835.50) | 3110-000 | | | $97,580.84 |
| | | | Hughes Watters Askanase        $(141.71) | 3120-000 | | | $97,580.84 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $146.87 | $97,433.97 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $140.07 | $97,293.90 |
| 05/21/2018 | (1) | Highland Threads, Inc. | Proceeds; A/R (12/24) | 1121-000 | $5,914.75 | | $103,208.65 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $147.08 | $103,061.57 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $148.16 | $102,913.41 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $152.88 | $102,760.53 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $24.62 | $102,735.91 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($24.62) | $102,760.53 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $1,798.30 | $100,962.23 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($1,798.30) | $102,760.53 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $152.73 | $102,607.80 |
| 09/28/2018 | 1004 | International Sureties, LTD. | Bond premium | 2300-000 | | $34.45 | $102,573.35 |
| 10/01/2018 | | Transfer From: #*******5912 | **1918; #36 Order Granting Trustee's Motion to Compromise with Highland Threads, Inc. | 9999-000 | $7,000.00 | | $109,573.35 |
| 07/25/2019 | | Transfer From: #*******5912 | | 9999-000 | $5,020.59 | | $114,593.94 |
| 07/29/2019 | | Transfer From: #*******5912 | | 9999-000 | $0.10 | | $114,594.04 |
| 07/29/2019 | 1005 | Janet S. Northrup | Trustee Expenses | 2200-000 | | $702.52 | $113,891.52 |
| 07/29/2019 | 1006 | Janet S. Northrup | Trustee Compensation | 2100-000 | | $11,055.28 | $102,836.24 |
| 07/29/2019 | 1007 | Janet S. Northrup, Trustee | Trustee Expenses | 2200-000 | | $1,530.34 | $101,305.90 |
| 07/29/2019 | 1008 | CACH, LLC | Distribution on Claim #: 2; Amount Allowed: 36,537.42; Claim #: 2; Distribution Dividend: 5.78; | 7100-000 | | $2,112.94 | $99,192.96 |
| 07/29/2019 | 1009 | Eastern Trading | Distribution on Claim #: 3; Amount Allowed: 124,747.06; Claim #: 3; Distribution Dividend: 5.78; | 7100-000 | | $7,214.04 | $91,978.92 |
| | | | **SUBTOTALS** | | $17,935.44 | $33,819.31 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-35912-H2 | | Trustee Name: | Janet S. Northrup |
|---|---|---|---|---|
| Case Name: | JASALUK, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8684 | | Checking Acct #: | ******5912 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/30/2016 | | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 12/4/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/29/2019 | 1010 | Trustmark National Bank | Distribution on Claim #: 4; Amount Allowed: 1,369,530.85; Claim #: 4; Distribution Dividend: 5.78; | 7100-000 | | $79,199.09 | $12,779.83 |
| 07/29/2019 | 1011 | Spring Creek Forest Utility District | Distribution on Claim #: 5; Amount Allowed: 5,020.69; Claim #: 5; Distribution Dividend: 100.00; | 4210-000 | | $5,020.69 | $7,759.14 |
| 07/29/2019 | 1012 | Klein Independent School District | Distribution on Claim #: 6; Amount Allowed: 7,406.00; Claim #: 6; Distribution Dividend: 100.00; | 4210-000 | | $7,406.00 | $353.14 |
| 07/29/2019 | 1013 | Smurfit Kappa | Distribution on Claim #: 7; Amount Allowed: 6,106.54; Claim #: 7; Distribution Dividend: 5.78; | 7100-000 | | $353.14 | $0.00 |
| 11/06/2019 | 1008 | STOP PAYMENT: CACH, LLC | Distribution on Claim #: 2; Amount Allowed: 36,537.42; Claim #: 2; Distribution Dividend: 5.78; | 7100-004 | | ($2,112.94) | $2,112.94 |
| 11/06/2019 | 1014 | Clerk, U.S. Bankruptcy Court | 110519; #54; Order To Deposit Funds Into the Court Registry | 7100-000 | | $2,112.94 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | TOTALS: | $141,233.78 | $141,233.78 | $0.00 |
| | | | Less: Bank transfers/CDs | $13,819.19 | $5,020.69 | |
| | | | Subtotal | $127,414.59 | $136,213.09 | |
| | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | Net | $127,414.59 | $136,213.09 | |

| For the period of 11/30/2016 to 12/4/2019 | | For the entire history of the account between 01/30/2017 to 12/4/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $147,301.90 | Total Compensable Receipts: | $147,301.90 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $147,301.90 | Total Comp/Non Comp Receipts: | $147,301.90 |
| Total Internal/Transfer Receipts: | $13,819.19 | Total Internal/Transfer Receipts: | $13,819.19 |
| | | | |
| Total Compensable Disbursements: | $156,100.40 | Total Compensable Disbursements: | $156,100.40 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $156,100.40 | Total Comp/Non Comp Disbursements: | $156,100.40 |
| Total Internal/Transfer Disbursements: | $5,020.69 | Total Internal/Transfer Disbursements: | $5,020.69 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-35912-H2 | | Trustee Name: | Janet S. Northrup |
|---|---|---|---|---|
| Case Name: | JASALUK, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8684 | | Checking Acct #: | ******5912 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Disputed Cash Collateral Account |
| For Period Beginning: | 11/30/2016 | | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 12/4/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/03/2017 | (1) | Bulldog Services LLP | Proceeds; A/R | 1121-000 | $1,803.60 | | $1,803.60 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.43 | $1,801.17 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.67 | $1,798.50 |
| 06/26/2017 | | Transfer To: #*******5912 | Per JSN 6/21/17 email. | 9999-000 | | $1,798.50 | $0.00 |
| | | TOTALS: | | | $1,803.60 | $1,803.60 | $0.00 |
| | | Less: Bank transfers/CDs | | | $0.00 | $1,798.50 | |
| | | Subtotal | | | $1,803.60 | $5.10 | |
| | | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | | Net | | | $1,803.60 | $5.10 | |

**For the period of 11/30/2016 to 12/4/2019**

| | |
|---|---|
| Total Compensable Receipts: | $1,803.60 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,803.60 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $5.10 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5.10 |
| Total Internal/Transfer Disbursements: | $1,798.50 |

**For the entire history of the account between 04/03/2017 to 12/4/2019**

| | |
|---|---|
| Total Compensable Receipts: | $1,803.60 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,803.60 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $5.10 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5.10 |
| Total Internal/Transfer Disbursements: | $1,798.50 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 16-35912-H2 | |
| Case Name: | JASALUK, LLC | |
| Primary Taxpayer ID #: | **-***8684 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 11/30/2016 | |
| For Period Ending: | 12/4/2019 | |

| | |
|---|---|
| Trustee Name: | Janet S. Northrup |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******5912 |
| Account Title: | Cash Collateral- Secured Claim |
| Blanket bond (per case limit): | $69,990,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| 10/24/2017 | | Transfer From: #*******5912 | Funds pertaining to Secured Claim #5 Spring Creek Forest Utility District | 9999-000 | $5,020.69 | | $5,020.69 |
| 07/25/2019 | | Transfer To: #*******5912 | | 9999-000 | | $5,020.59 | $0.10 |
| 07/29/2019 | | Transfer To: #*******5912 | | 9999-000 | | $0.10 | $0.00 |
| | | | TOTALS: | | $5,020.69 | $5,020.69 | $0.00 |
| | | | Less: Bank transfers/CDs | | $5,020.69 | $5,020.69 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

| For the period of 11/30/2016 to 12/4/2019 | | For the entire history of the account between 10/24/2017 to 12/4/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $5,020.69 | Total Internal/Transfer Receipts: | $5,020.69 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $5,020.69 | Total Internal/Transfer Disbursements: | $5,020.69 |

Page No: 6                    Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 16-35912-H2 | |
| **Case Name:** | JASALUK, LLC | |
| **Primary Taxpayer ID #:** | **-***8684 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/30/2016 | |
| **For Period Ending:** | 12/4/2019 | |

| | |
|---|---|
| **Trustee Name:** | Janet S. Northrup |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******5912 |
| **Account Title:** | 9019 funds- Highland Threads |
| **Blanket bond (per case limit):** | $69,990,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/13/2018 | (1) | Highland Threads, Inc. | 09/19/18; #36 | 1121-000 | $7,000.00 | | $7,000.00 |
| 10/01/2018 | | Transfer To: #*******5912 | **1918; #36 Order Granting Trustee's Motion to Compromise with Highland Threads, Inc. | 9999-000 | | $7,000.00 | $0.00 |

|  |  | | |
|---|---|---|---|
| **TOTALS:** | $7,000.00 | $7,000.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $7,000.00 | |
| **Subtotal** | $7,000.00 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $7,000.00 | $0.00 | |

| **For the period of 11/30/2016 to 12/4/2019** | | **For the entire history of the account between 08/13/2018 to 12/4/2019** | |
|---|---|---|---|
| Total Compensable Receipts: | $7,000.00 | Total Compensable Receipts: | $7,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,000.00 | Total Comp/Non Comp Receipts: | $7,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 | Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $7,000.00 | Total Internal/Transfer  Disbursements: | $7,000.00 |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 16-35912-H2 | |
| Case Name: | JASALUK, LLC | |
| Primary Taxpayer ID #: | **-***8684 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 11/30/2016 | |
| For Period Ending: | 12/4/2019 | |

| | |
|---|---|
| Trustee Name: | Janet S. Northrup |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******5912 |
| Account Title: | 9019 funds- Highland Threads |
| Blanket bond (per case limit): | $69,990,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $136,218.19 | $136,218.19 | $0.00 |

**For the period of 11/30/2016 to 12/4/2019**

| | |
|---|---|
| Total Compensable Receipts: | $156,105.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $156,105.50 |
| Total Internal/Transfer Receipts: | $18,839.88 |
| | |
| Total Compensable Disbursements: | $156,105.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $156,105.50 |
| Total Internal/Transfer Disbursements: | $18,839.88 |

**For the entire history of the case between 11/30/2016 to 12/4/2019**

| | |
|---|---|
| Total Compensable Receipts: | $156,105.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $156,105.50 |
| Total Internal/Transfer Receipts: | $18,839.88 |
| | |
| Total Compensable Disbursements: | $156,105.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $156,105.50 |
| Total Internal/Transfer Disbursements: | $18,839.88 |

/s/ JANET S. NORTHRUP

JANET S. NORTHRUP